**DENY and Opinion Filed July 31, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00744-CV

### IN RE NORTH PONDEROSA, LLC, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-03299**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Molberg

Relator's July 28, 2023 petition for writ of mandamus challenges the 2015 final judgment as void. Generally, entitlement to mandamus relief requires relator to demonstrate that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). When a trial court issues a void order, however, relator need not show it did not have an adequate appellate remedy. *In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 605 (Tex. 2000) (orig. proceeding) (per curiam).

After reviewing the petition and the record before us, we conclude that relator has failed to show entitlement to the relief requested. Accordingly, we deny the

petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied the petition, we also deny as moot relator's July 28, 2023 emergency motion for temporary relief.

230744f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE